UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE JORDAN,　　　　　　　　　　　　　No. C-12-6223 EMC (pr)

　　　　　　Petitioner,

　　v.　　　　　　　　　　　　　　　　　　　**ORDER OF TRANSFER**

R. T. C. GROUNDS, Warden,

　　　　　　Respondent.
_____/

　　　　Petitioner has filed a petition for writ of habeas corpus to challenge his conviction from the Solano County Superior Court. Solano County lies within the venue of the Eastern District of California. Petitioner is confined at the Salinas Valley State Prison in Kern County, within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Here, the preferred venue is the Eastern District of California because petitioner was convicted in that district. Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter forthwith.

　　　　IT IS SO ORDERED.

Dated: December 18, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge